IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jay Brahmbhatt, :
:
       Plaintiff(s), :
: Case Number: 1:12cv919
vs. :
: Chief Judge Susan J. Dlott
General Products Corporation, :
:
       Defendant(s). :

ORDER

      This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 16, 2014 a Report and Recommendation (Doc. 47).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 49) and defendants filed a response to the objections (Doc. 51).

      The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

      Accordingly, plaintiff's motion for partial summary judgment (Doc. 38) is DENIED.  Defendant's motion for summary judgment ( Doc. 39) is DENIED in part with respect to plaintiff's breach of contract claim and GRANTED in part as to plaintiff's claims of national origin and/or race discrimination.

      Plaintiff's breach of contract claim will proceed to trial.  A date for the final pretrial conference and a date for the trial will be set.

      IT IS SO ORDERED.

                                                                   ___s/Susan J. Dlott_____
                                                                   Chief Judge Susan J. Dlott
                                                                   United States District Court